**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**



| | |
|---|---|
| **ANTHONY JOHN LESKO, #1196575** | : |
| *Petitioner,* | : |
| v. | : Civil Action No. 2:11cv00493 |
| **HAROLD W. CLARKE,**<br>Director of the Virginia Department of Corrections | : |
| *Respondent.* | : |

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to petitioner's convictions for nine counts of indecent liberties in the Circuit Court of Spotsylvania County, Virginia as a result of which he was sentenced to serve twenty-two and one-half (22 ½) years in prison, with fifteen and one-half (15 ½) years suspended for an active sentence of seven (7) years.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Report and Recommendation filed March 12, 2012, recommends dismissal of the petition as barred by the statute of limitations. Each party was advised of his right to file written objections to the findings and recommendations made by the Magistrate Judge. On March 30, 2012, the Court received petitioner's Objections to the Report and Recommendation. The respondent filed no response to the objections and the time for

responding has now expired.

The Court, having reviewed the record and examined the objections filed by petitioner to the Report and Recommendation, and having made de novo findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation filed March 12, 2012. It is, therefore, ORDERED that Respondent's Motion to Dismiss be GRANTED and the Petitioner's petition be DENIED and DISMISSED with prejudice.

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within thirty (30) days from the date of entry of such judgment.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

The Clerk shall mail a copy of this Final Order to petitioner and counsel of record for respondent.

_____
RAYMOND A. JACKSON
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

April 17, 2012